UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MOBLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTINENTAL CASUALTY CO.,<br><br>    Defendant. | Civil Action No.  04-0287 (JDB) |

### ORDER

Upon consideration of defendant's motion for summary judgment, the memoranda of the parties, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion  it is this <u>11th</u> day of August, 2005, hereby

**ORDERED** that defendant's motion for summary judgment is **DENIED** without prejudice; and it is further

**ORDERED** a status conference is scheduled for August 29, 2005 at 9:00 a.m. at which time the Court will address with the parties the issues highlighted in the Memorandum Opinion issued on this date.

                                                /s/ John D. Bates
                                                JOHN D. BATES
                                       United States District Judge

Copies to:

Robert Joel Zakroff
ZAKROFF & ASSOCIATES, P.C.
4337 Montgomery Avenue
Bethesda, MD 20814
(301) 986-5770
Fax : (301) 986-4119
Email: zaklaw@erols.com
    *Counsel for plaintiff*

Michael R. McCann
FUNK & BOLTON, P.A.
36 South Charles Street
Baltimore, MD 21201-3111
(410) 659-7700
Fax : (410) 659-7773
Email: mmccann@fblaw.com
    *Counsel for defendant*